2-5-15 Supposed State Jail Felonies

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 11 2015
Abel Acosta, Clerk

71,546-03, 04, 05, 06

To: The Judges Of My Cases

I'd been recieving different Police Reports in which said I (cooperative) cooperated but the interview tapes doesn't match any of them. Also ← Jan 2015 15 Months Later they recently changed it to I admitted to these allegations yet the tapes aren't conclusive. Next, Next they didn't give this report of the Investigating officer. My ~~[struck]~~ EXAMING ~~TRIAL~~ happened while I was indicted, Larry Jenkins is in Dallas, County after being arrested 80 times plus without no penalties, Edmondson was No Billed even though myself, him, Mitchell were arrested Oct 20th 2013 as Air 1 along with Patrol Officers from DPD whom took us to Lamar St. Division allowed Jenkins to drive all over Highways before letting him get out his 2001 Explorer, walk towards the back of the house, talk with him, move squad cars so another individual in a Red 96 Grand Marquis pick Jenkins up and leave, took us to Jail off Colonial Avenue (4000 Block. Then Jenkins entered Lew Sterrett after he'd been on all idictments Oct 30th 2013 ten days later for more crimes. This Confidential Informant is in Lew Sterrett right now for more cases and one in Collin County too. I've emphasized how they Illegally Enhanced my State Jail Felonies (non segential or segential) prior previous, Sampson Leroy V. State (Theft SJ), Mancuso V State, Webb V State, Wilbert Campbell V State, Webb V State, White V State, etc. Somebody is making deals with Jenkins (when?) and his original accomplices cause I was only in the back seat. Theres 13-61950-13-61951 an 13-50144. Look at the records an you'll see Robinson never signed any papers for a Trial yet only Jury for Guilt & Judge for Punishment, My lawyers office is down the street from one offense location. They Coerced me to sign for 10 yrs or they'd stack everything. Thank You

☆ P.S. None Of These Guys Case Numbers Are The Same As Our Original Case Numbers Anymore. ☆

(1)

ORIGINAL Greg Robinson

#1924476

Pertaining Oct 2013
1361587 State Jail-SJ
1361947 F3
1350144 SJ
1361950 SJ
1361951 SJ

# Dallas Police Department

## Investigative Notes

Date: 10/20/13 Service Number: 268886A

Officer: WHITAKER Badge: 9095 Phone: 214-907-1976

Narrative: DETECTIVE WHITAKER #9095 WAS WORKING IN A COVERT CAPACITY ON OCTOBER 20, 2013 AT APPROXIMATELY 840 A.M. DETECTIVE WHITAKER #9095 WAS FOLLOWING SUSPECT LARRY JENKINS, A KNOWN SAFE BURGLAR, AS HE WAS DRIVING A 2001 BLUE FORD EXPLORER (PAPER TAG 61V0424). I/O OBSERVED SUSPECT LARRY JENKINS PARKED AT AN INDIAN BAZAAR LOCATED AT N. MACARTHUR AND VALLEY RANCH. JENKINS STAYED AT THIS LOCATION FOR APPROXIMATELY 5 MINUTES AND THEN LEFT THE LOCATION. SUSPECT JENKINS WAS WEARING A WHITE JACKET WITH THE INITIALS "S J" ON THE FRONT. DETECTIVE WHITAKER BELIEVES THAT THE JACKET WAS A "SEAN JOHN" JACKET. SUSPECT JENKINS WAS WEARING A DARK COLORED HAT, DARK JEANS AND WHITE SHOES. DETECTIVE WHITAKER KNOWS THAT THE SUSPECT WAS LARRY JENKINS BECAUSE SHE HAS OBSERVED HIM ON SEVERAL OCCASSIONS AND HAS BEING PERFORMING SURVEILLANCE ON HIM FOR A FEW YEARS. JENKINS DROVE HIS VEHICLE TO THE TETCO GAS STATION (635/ N. MAC ARTHUR) AND STOPPED AT A PUMP. THE FRONT RIGHT PASSENGER EXITED THE VEHICLE AND PUMPED GAS INTO THE VEHICLE. THIS SUSPECT WAS WEARING A GRAY TSHIRT, A JACKET AND A GRAY BASEBALL CAP ON HIS HEAD. THIS INDIVIDUAL HAD A STOCKY BUILD. THIS SUSPECT WAS LATER IDENTIFIED AS SUSPECT MITCHELL. THERE WAS ANOTHER INDIVIDUAL SITING IN THE REAR RIGHT PASSENGER SEAT. THIS PERSON WAS LATER IDENTIFIED AS GREGORY ROBINSON. AFTER PUMPING THE GAS, SUSPECT MITCHELL GOT INSIDE OF THE SUSPECT VEHICLE AND THEY LEFT THE GAS STATION. SUSPECT JENKINS DROVE THE VEHICLE EASTBOUND ON THE 635 SERVICE ROAD AND THEN ABRUPTLY MADE A RIGHT TURN INTO THE PARKING LOT OF SALTGRASS STEAK HOUSE. SUSPECT JENKINS CIRCLED THE BUILDING AND THEN ENTERED THE 635 RAMP HEADED EASTBOUND.

Suspect
Suspect Vehicle
I was in left Back Seat

AT APPROXIMATELY 0925 AM, THE SUSPECT VEHICLE DROVE TO 12400 GARDENIA DRIVE AND PARKED NEXT TO THE HELLO AUTO FINANCE LOCATED AT 11450 EAST NORTHWEST HIGHWAY. DETECTIVE WHITAKER OBSERVED SUSPECT JENKINS EXIT HIS VEHICLE AND WALK TOWARDS THE FRONT OF THE BUSINESS. SUSPECT JENKINS REMAINED AT THIS LOCATION FOR APPROXIMATELY 5 MINUTES. SUSPECT JENKINS DROVE HIS VEICLE ACROSS THE STREET TO THE WALGRENS LOCATED AT 11430 EAST NORTHWEST HIGHWAY. DETECTIVE WHITAKER PARKED AT THE

(2) #1924476

POPEYE'S PARKING LOT TO OBSERVE SUSPECT JENKIN'S ACTIONS. JENKINS ENTERED THE STORE AT APPROXIMATELY 930 AM AND REMAINED INSIDE FOR APPROXIMATELY 5 MINUTES. SUSPECT JENKINS WALKED TO THE BACK OF THE STORE (AS IF HE WAS SCOUTING THE LOCATION FOR HIS NEXT BURGLARY). SUSPECT JENKINS ENTERED HIS VEHICLE AND PUT IN IT REVERSE, THEN HE PULLED BACK INTO THE PARKING SPACE. SUSPECT JENKINS EXITED HIS VEHICLE AND RE-ENTERED THE STORE. SUSPECT JENKINS WALKED AROUND THE STORE FOR APPROXIMATELY 3 MINUTES THEN EXITED THE STORE AGAIN. AFTER JENKINS LEFT WALGREENS, HE RETURNED TO THE OFFENSE LOCATION AND PARKED ON THE SIDE OF THE OFFENSE LOCATION AT 12400 GARDENIA DRIVE. DETECTIVE WHITAKER WAS PARKED ACROSS THE STREET IN THE TITLE MAX PARKING LOT. JENKINS EXITED HIS VEHICLE AND WALKED TOWARDS THE BACK FENCE OF THE OFFENSE LOCATION. SUSPECT JENKINS RETURNED TO HIS VEHICLE AND REPOSITIONED HIS VEHICLE CLOSER TO THE FENCE IN THE REAR OF THE LOCATION. SUSPECT JENKINS EXITED THE VEHICLE AND COVERED HIS FACE WITH AN UNKNOWN OBJECT. THE RIGHT REAR PASSENGER EXITED THE VEHICLE AT THE SAME TIME THAT SUSPECT JENKINS EXITED THE VEHICLE. DETECIVE WHITAKER OBSERVED A BLACK MALE WEARING BLACK CLOTHING EXIT THE VEHICLE WITH JENKINS (THIS SUSPECT WAS LATER IDENTIFIED AS GREGORY ROBINSON). DETECTIVE WHITAKER DROVE BY THE SUSPECT VEHICLE BECAUSE SHE BELIEVED THAT THE SUSPECTS WERE ATTEMPTIN TO ENTER THE BUSINESS. AS DETECTIVE WHITAKER DROVE BY THE BUSINESS, SHE OBSERVED SUSPECT JENKINS AND AN UNKNOWN BLACK MALE (WEARING ALL BLACK) FORCEFULLY PULLING ON THE REAR DOOR TO THE BUSINESS. AS DETECTIVE WHITAKER DROVE BY THE SUSPECT VEHICLE, SHE OBSERVED A BLACK MALE SITTING IN THE FRONT PASSENGER SEAT WEARING A BASEBALL CAP. THE INDIVIDUAL SITTING IN THE FRONT PASSENGER SEAT APPEARED TO BE THE SAME INDIVIDUAL THAT WAS PUMPING GAS INTO THE VEHICLE APPROXIMATELY AN HOUR EARLIER. THIS INDIVIDUAL WAS LATER IDENTIFIED AS QUENTIN MITCHELL. DETECTIVE WHITAKER DID NOT SEE THE OTHER SUSPECT SITTING IN THE SUSPECT VEHICLE. DETECTIVE WHITAKER CALLED SGT. TAKATS #4549 AND INFORMED HIM OF THE SITUATION. DETECTIVE WHTIAKER CALLED FOR ASSISTANCE FOR THE BURGLARY IN PROGRESS OCCURRING IN HER PRESENCE. DETECTIVE WHITAKER CIRCLED AROUND THE CUL-DE-SAC ON GARDENIA PLACE AND DROVE EASTBOUND ON ABSTON LANE TOWARDS YEAGER. AS DETECTIVE WHITAKER DROVE BY, SHE HAD THE OFFENSE LOCATION IN VIEW. DETECTIVE WHITAKER OBSERVED SUSPECT JENKINS AND AN UNKNOWN BLACK MALE WALK TOWARDS THE WEST SIDE OF THE BUILDING BEFORE SHE LOST SIGHT OF THE SUSPECTS. DETECIVE WHITAKER HEADED NORTH ON YEAGER AND THEN WESTBOUND ON EAST NORTHWEST HIGHWAY. DETECTIVE WHITAKER PERFORMED A U-TURN AND BEGAN TO HEAD EAST BOUND ON EAST NORTHWEST HIGHWAY OR EAST NORTHWEST HIGHWAY

Conflicting evidence Not sure

Liar

No Camera shows her Driving by.

Covering up for Edmondson because how can you look through the left passenger side and only see one person on the Right side when 4 people are in the vehicle. She made a deal with Edmondson like he told me & mitchell.

Liar

I'm unknown in other sentence

③ # ~~1942~~ 1924476

Covering up for Christopher Edmondson whom is a CI

She told him not to worry about me during questioning as he told me

SOUTH (CANT REMEMBER). AS DETECTIVE WHITAKER WAS DRIVING BY THE FRONT OF THE OFENSE LOCATION, SHE OBSERVED A PERSON WEARING THE SAME WHITE JACKET WORN BY SUSPECT JENKINS INSIDE OF THE OFFICE AREA. DETECTIVE WHITAKER MADE A LEFT TURN AND THEN HEADED NORTHBOUND ON GARDENIA AND PARKED IN THE TITLE MAX PARKING LOT. A FEW SECONDS LATER, DETECTIVE WHITAKER OBSERVED THE UNKNOWN BLACK MALE AND SUSPECT JENKINS WALKING BACK TOWARD THE SUSPECT VEHICLE. THE UNKNOWN BLACK MALE ENTERED THE VEHICLE ON THE REAR RIGHT PASSENGER SIDE. WHILE SUSSPECT JENKINS WAS WALKING TOWARDS THE DRIVER'S SEAT, HE REMOVED A MASK FROM HIS FACE. SUSPECT JENKINS ENTERED THE DRIVER'S SEAT AND DROVE AWAY FROM THE LOCATION EASTBOUND ON ABSTON LANE.

Unknown Black Male

1, you can't even say it was the same Jacket from over 200 feet away

2, so their story go from my shoe print to never entering

SUSPECT JENKINS BEGAN TO DRIVE SOUTHWEST BOUND ON GARLAND ROAD BEFORE TURNING RIGHT ONTO BUCKNER BLVD. SUSPECT JENKINS ENTERED THE DOCTOR'S HOSPITAL AT BUCKNER AND GARLAND ROAD. SUSPECT JENKINS SPENT A FEW MINUTES AT THE HOSPITAL SO DETECTIVE WHITAKER ENTERED THE CAMPUS TO OBSERVE HIS ACTIONS. AS DETECTIVE WHITAKER WAS ENTERING THE PROPERTY, SUSPECT JENKIN WAS EXITING THE PROPERTY. DETECTIVE WHITAKER AND SUSPECT JENKINS MADE EYE CONTACT BEFORE HE EXITED THE PROPERTY. DETECTIVE WHITAKER REMAINED AT THE HOSPITAL TO GAIN DISTANCE FROM THE SUSPECT VEHICLE. ~~NORTHEAST OFFICERS WERE "COLD TRAILING" THE SUSPECT VEHICLE AS THE VEHICLE HEADED BACK TOWARDS I-30. AIR ONE AND OTHER PATROL ELEMENTS WERE NOTIFIED. SUSPECT JENKINS DROVE THE VEHICLE TO 4000 COLONIAL. PUT THE VEHICLE IN PARK AND EXITED THE VEHICLE. SUSPECT JENKINS WALKED AWAY FROM THE VEHICLE IN AN UNKNOWN DIRECTION. THE OTHER 3 SUSPECTS (EDMONDSON, MITCHELL AND ROBINSON) REMAINED IN THE VEHICLE AND WERE PLACED UNDER ARREST.~~

How did Jenkins, walked in a unknown Direction with Helicopter and patrol units?

If Jenkins was cold trailed how did officers or D Whittaker allow him to drive from Garland/Buckner Rd all the way on Colonial which is 25 miles away

Out of everything Edmondson appears in the vehicle to be arrested when no person ever entered nor exited the vehicle?